**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEJANDRO PUERTO SORI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK<br>CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1604-D |

**JUDGMENT**

Pursuant to the Court's Order entered this same date, the Report and Recommendation [Doc. No. 10] is **NOT ADOPTED**, and the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED as moot**.

**IT IS SO ORDERED** this 20th day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE